Alexander (Zander) Blewett, III
Joseph P. Cosgrove
HOYT & BLEWETT PLLC
501 Second Avenue North
P.O. Box 2807
Great Falls, MT 59403-2807
Phone:  (406) 761-1960
Fax:      (406) 761-7186
E-mail:  zblewett@hoytandblewett.com
              jpc@hoytandblewett.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| JULIA L. DAWSON, | Cause No.  CV 14-283-M-DWM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| R. MANN TRUCKING LTD., A Foreign Corporation, | |
| Defendant. | |

     IT IS HEREBY STIPULATED, by and between the parties hereto, that the above-entitled action has been fully and finally compromised and settled upon the merits, and the parties do hereby move the Court for its order dismissing this matter, with prejudice, each party to pay its own costs.  All parties whose signature lines appear in this document have consented to its filing.

DATED this 29th day of July, 2015.

                HOYT & BLEWETT PLLC

                /s/ Joseph P. Cosgrove
                Attorneys for Plaintiff

DATED this 29th day of July, 2015.

                GARLINGTON, LOHN & ROBINSON, PLLP

                /s/ Charles E. McNeil
                Attorneys for Defendant